ACCEPTED
15-25-00038-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/29/2025 2:47 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00038-CV**

# In the Court of Appeals
# for the Fifteenth District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/29/2025 2:47:40 PM
CHRISTOPHER A. PRINE
Clerk

**University of Texas at Arlington**,

*Appellant,*

*v.*

**James McMerchant**,

*Appellee.*

On Appeal from Cause No. 236-337930-22, in the 236th
Judicial District Court of Tarrant County, Texas

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION TO FILE APPELLANT'S BRIEF

Pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, Appellant, University of Texas at Arlington ("UTA" or "Appellant"), respectfully seeks an extension of 20 days to file Appellant's brief, through and until May 27, 2025.[1]

Appellant's Brief is currently due on May 5th, 2025. However, counsel for Appellant has competing work demands on several matters

---

[1] Twenty-days following the current deadline, May 5, 2025, is Sunday, May 25, 2025. However, this date falls on a weekend and Memorial Day, so the next business day is Tuesday, May 27, 2025. *See* Tex. R. Ci. P. 4.1(a).

precluding counsel from having adequate time to devote to Appellant's brief before the current deadline. These commitments include preparation for oral argument before this Court in *Texas A&M University v. Erin A. Snider, Ph. D.*, 15-24-00071-CV; post-judgment discovery in *Terry Bevill v. City of Quitman, Texas, et al.*, Cause No. 4:19-cv-00406, United States District Court, Eastern District of Texas, Sherman Division; and a dispositive motion and trial preparations in *Babette Cuadrado v. Tarleton State University*, No. 24-CVDC-00105, 266th Judicial District Court, Erath County, Texas; responsive motions in *Omar Majdi Baddourah v. The University of Texas at Tyler*, No. 6:24-cv-00498, United States District Court, Eastern District of Texas, Tyler Division.

This is Appellant's first request for extension. The extension request is not for purposes of delay but in the interest of fairness and so that Appellant's counsel may have adequate time to prepare Appellant's opening brief in light of the above-noted considerations. No party will be prejudiced by this request.

## PRAYER

For these reasons, Appellant respectfully requests an extension of 20 days to file its brief, through and until May 27th, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Brianna M. Krominga*
BRIANNA M. KROMINGA
Attorney-in-Charge
Texas Bar No. 24103252
Office of the Attorney General
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(214) 290-8884 / Fax (512) 320-0667
Brianna.Krominga@oag.texas.gov

*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

On April 29, 2025, in accordance with Rule 10.1(a)(5), the office of the undersigned conferred by electronic mail with counsel for Appellee, Ali Crocker, who is unopposed to the filing and contents of this motion.

*/S/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on April 29, 2025, to the following participants:

**Ali Crocker**
Crocker Russell & Associates
200 W. Oak Street
Mansfield, Texas 76063
Ph: (817) 482-6570
Fax: (682) 232-1850
alic@cralawfirm.com

**COUNSEL FOR APPELLANT**

*/S/ Brianna M. Krominga*
**BRIANNA M. KROMINGA**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Karel Macias on behalf of Brianna Krominga
Bar No. 24103252
karel.macias@oag.texas.gov
Envelope ID: 100227659
Filing Code Description: Motion
Filing Description: Appellant Unopposed MET Brief
Status as of 4/29/2025 3:22 PM CST

Associated Case Party: JAMES MCMERCHANT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ali Crocker | 24098868 | ali@cralawfirm.com | 4/29/2025 2:47:40 PM | SENT |

Associated Case Party: University of Texas at Arlington

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| karel macias | | karel.macias@oag.texas.gov | 4/29/2025 2:47:40 PM | SENT |
| Brianna Krominga | | brianna.krominga@oag.texas.gov | 4/29/2025 2:47:40 PM | SENT |